UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSANNE ERDE and MICHAEL ERDE, *individually and as parents and natural guardians of J.E.*,

                  Plaintiffs,

-v.-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                  Defendant.

19 Civ. 2946 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

On May 18, 2020, the United States Court of Appeals for the Second Circuit issued its decision in *Ventura de Paulino* v. *New York City Department of Education*, --- F.3d ---, 2020 WL 2516650 (2d Cir. May 18, 2020). The parties are hereby ORDERED to file letter briefs on or before June 3, 2020, in which the parties are instructed to address how the decision in *Ventura de Paulino* impacts Plaintiffs' pending motion for reconsideration and the viability of Plaintiffs' Complaint

SO ORDERED.

Dated:    May 19, 2020
             New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge