UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNE ERDE and MICHAEL ERDE, *individually and as parents and natural guardians of J.E.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-v.-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　　　Defendant. | 19 Civ. 2946 (KPF) |
| SUSANNE ERDE, *individually as Parent and Natural Guardian of J.E.*, and MICHAEL ERDE, *individually as Parent and Natural Guardian of J.E.*,,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-v.-<br><br>RICHARD CARRANZA, *in his official capacity as Chancellor of the New York City Department of Education*, NEW YORK CITY DEPARTMENT OF EDUCATION, and NEW YORK STATE EDUCATION DEPARTMENT,<br><br>　　　　　　　　　　Defendants. | 19 Civ. 8401 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　For the reasons stated on the record on January 8, 2021, Plaintiffs' motions to file an amended complaint are DENIED and Plaintiffs' claims are hereby DISMISSED with prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close these cases.

SO ORDERED.

Dated:   January 15, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge